# Inventory Listing of All Items Seized at Search Warrant Site

| | | |
|---|---|---|
| **Site Name:**<br>2871 Town Mountain Rd,<br>Asheville, NC 28801 | **Investigation Number:**<br>1000317603<br>**Starting Date and Time:**<br>10/04/2023 10:35 AM<br>**Ending Date and Time:**<br>10/04/2023 02:15 PM | **Report Date:**<br>Wednesday, October 4,<br>2023 |

| | | | |
|---|---|---|---|
| **Control #:** | 1 | **Evidence Box:** | 1 |
| **Location:** | Main Bedroom | **Locator Code:** | |
| **Found:** | In open safe on floor | | |
| **Description:** | Seized per Warrant | Paper referencing main computer, Kraken | |

| | | | |
|---|---|---|---|
| **Control #:** | 2 | **Evidence Box:** | 1 |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | Bottom shelving unit | | |
| **Description:** | Seized per Warrant | Folder labeled "Misc Notes"<br>   -contains wallet addresses and 12-word keys | |

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | 1 |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | In urn on top of shelving units | | |
| **Description:** | Seized per Warrant | Wallet addresses<br>Key words<br>Yubi key | |

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | 1 |
| **Location:** | Basement Drawing Rm | **Locator Code:** | |
| **Found:** | In top drawer of file cabinet | | |
| **Description:** | Seized per Warrant | Folder containing contract JYS & Pixel Vault | |

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | 1 |
| **Location:** | Basement Storage Rm | **Locator Code:** | |
| **Found:** | Bottom shelving unit | | |
| **Description:** | Seized per Warrant | 2017 From 1099<br>BitPay Records<br>Black Kettle expense receipts<br>Seale receipts<br>Property records | |

| | | | |
|---|---|---|---|
| **Control #:** | 6 | **Evidence Box:** | 1 |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | Filing cabinet "Receipts Drawer" | | |
| **Description:** | Seized per Warrant | Receipts | |

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | 1 |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | Filing cabinet "Household" Drawer | | |
| **Description:** | Seized per Warrant | Bank Info<br>Crypto Wallets<br>Passwords<br>BitPay<br>Financial Docs | |

| | | | |
|---|---|---|---|
| **Control #:** | 8 | **Evidence Box:** | |
| **Location:** | Main Bedroom | **Locator Code:** | |
| **Found:** | Nightstand | | |
| **Description:** | Seized per Warrant | Image of Kingston Data Traveler<br>4GB Thumb drive | |

| | | | |
|---|---|---|---|
| **Control #:** | 9 | **Evidence Box:** | |
| **Location:** | Main Bathroom | **Locator Code:** | |
| **Found:** | Stool | | |
| **Description:** | Seized per Warrant | Image of Dell G7 Laptop<br>S/N: 6QVTXQ2 | |

| | | | |
|---|---|---|---|
| **Control #:** | 10 | **Evidence Box:** | |
| **Location:** | Living Room | **Locator Code:** | |
| **Found:** | On cabinet | | |
| **Description:** | Seized per Warrant | Image of HP Envy<br>S/N: 8CG2065C80 | |

| | | | |
|---|---|---|---|
| **Control #:** | 11 | **Evidence Box:** | |
| **Location:** | Main Bedroom | **Locator Code:** | |
| **Found:** | Nightstand | | |
| **Description:** | Seized per Warrant | Image of ScanDisk Cruzer<br>4GB Thumb drive | |

| | | | |
|---|---|---|---|
| **Control #:** | 12 | **Evidence Box:** | |
| **Location:** | Main Bedroom | **Locator Code:** | |
| **Found:** | Nightstand | | |
| **Description:** | Seized per Warrant | Image of Sony Thumb drive<br>2 GB | |

| | | | |
|---|---|---|---|
| **Control #:** | 13 | **Evidence Box:** | |
| **Location:** | Main Bedroom | **Locator Code:** | |
| **Found:** | Nightstand | | |
| **Description:** | Seized per Warrant | Image of Lenovo Touch Laptop<br>S/N: PF0IUUCV | |

| **Control #:** | 14 | **Evidence Box:** | |
|---|---|---|---|
| **Location:** | Bedroom 1 | **Locator Code:** | |
| **Found:** | On desk | | |
| **Description:** | Seized per Warrant | Extraction of Samsung Galaxy S6 Edge + S/N: R58G800SRLN | |

| **Control #:** | 15 | **Evidence Box:** | |
|---|---|---|---|
| **Location:** | Kitchen | **Locator Code:** | |
| **Found:** | Kitchen countertop | | |
| **Description:** | Seized per Warrant | Extraction of Samsusng Galaxy S23+ S/N: R5CW71BCQPA | |

| **Control #:** | 16 | **Evidence Box:** | |
|---|---|---|---|
| **Location:** | Dining Room | **Locator Code:** | |
| **Found:** | Table | | |
| **Description:** | Seized per Warrant | Extraction of Samsung Galaxy S7 IMEI: 357754077270123 | |